IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DARRELL PETTAWAY**                                                         **PLAINTIFF**

v.                                                                              **CAUSE NO. 1:17CV5-LG-RHW**

**WAL-MART STORES EAST,
LP and JOHN DOES 1-5**                                            **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [37] filed by the defendant Wal-Mart Stores East, LP, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Wal-Mart Stores East, LP. Darrell Pettaway's claims against Wal-Mart Stores East, LP are hereby **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Darrell Pettaway's claims against John Does 1-5 are **DISMISSED WITHOUT PREJUDICE**, because the deadline for naming these parties has expired.

**SO ORDERED AND ADJUDGED** this the 15th day of March, 2018.

                                                               s/ *Louis Guirola, Jr.*
                                                               LOUIS GUIROLA, JR.
                                                               UNITED STATES DISTRICT JUDGE